UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARKET MASTERS – LEGAL, A RESONANCE COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> PARKER WAICHMAN ALONSO, LLP, <br><br> Defendant. | Civil Action No. <br> 10-40119-FDS |

## PRELIMINARY INJUNCTION

For the reasons stated in open court, and pursuant to Fed. R. Civ. P. 65, defendant Parker Waichman Alonso, LLP, its officers, directions, employees, affiliates, partners, shareholders, attorneys, other advisers, and those acting in concert with it, are hereby preliminarily enjoined from:

Using or producing any script for a television or other video advertisement that contains any of the following:

a.  the use of the words, "You deserve justice, now demand it," in any tense;

b.  the use of the words, "Let's settle this one," or ". . . settle this one," in any tense;

c.  the display of the firm's telephone number with beeping sound effects mimicking the sound of a telephone;

d.  a spokesperson who points and states "right now" in an emphatic or urgent manner;

e.  the use of the words "right now" at the end of an advertisement;

      f.      a "gong" or metallic sound effect used as a dramatic element in conjunction with the presentation of the firm's name; or

      g.      a visual "Gong Bar" containing the firm's name, in whole or in part, displayed in conjunction with the dramatic sound effect.

This injunction shall take effect upon the posting of a $100,000 bond in accordance with Fed. R. Civ. P. 65(c). The injunction shall expire at 11:59 p.m., Eastern time, on August 15, 2011, or upon further order of the Court.

**So Ordered.**

                                                    /s/ F. Dennis Saylor
                                                  F. Dennis Saylor IV
                                                  United States District Judge

Issued at Worcester, Massachusetts, 11:09 a.m., July 23, 2010