UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS


MARKET MASTERS-LEGAL,              )
A RESONANCE COMPANY, INC.,         )
ET AL.,                            )
            Plaintiffs             )
                                   )
            v.                     ) C.A. 10-cv-40119-MAP
                                   )
PARKER WAICHMAN ALONSO, LLP.,      )
ET AL.,                            )
            Defendants             )


                    PRETRIAL SCHEDULING ORDER

                        November 9, 2010
PONSOR, D.J.

    Counsel appeared on November 8, 2010 for argument on Plaintiff's Motion for Extension of the Preliminary Injunction (Dkt. No. 15), and Plaintiff's Motion to Amend (Dkt. No. 27). Based on counsel's representations, the court rules as follows:

>    1.  Plaintiff's Motion to Extend (Dkt. No. 15) is hereby ALLOWED.
>
>    2.  Plaintiff's Motion to Amend (Dkt. No. 27) is hereby ALLOWED, in part, as to allegations against co-defendant Parker Waichman Alonso, LLP. The court will postpone action on the Motion to Amend with regard to co-defendant Innovative Legal Marketing, LLC in order to give Innovative an opportunity to oppose. Counsel for Innovative (who appeared informally at the hearing) will need to file an appearance in order to do this. Counsel for Parker Waichman will forward a copy of this Order to counsel for Innovative to insure he receives it.

    In order to insure that the threshold issues in this case are adequately addressed, the court further orders as follows:

**1. Co-defendant Innovative may file its opposition to Plaintiff's Motion to Amend and, in the alternative, file its motion to dismiss by November 22, 2010.**

**2. Defendant Parker may file its motion to dismiss by November 22, 2010.**

**3. Plaintiffs may file opposition to the motions to dismiss and, if they wish, include a request to take jurisdictional discovery, by December 10, 2010.**

**4. Defendants' reply to Plaintiffs' opposition and opposition to any request for jurisdictional discovery will be filed by December 17, 2010.**

**5. Counsel will appear again before this court on December 23, 2010 at 2:00 p.m. for argument on the motions to amend and to dismiss.**

**It is So Ordered.**

                                      **/s/ Michael A. Ponsor**
                                      **MICHAEL A. PONSOR**
                                      **United States District Judge**